COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Stacy J. Williams v. T.  Nichole Mai

Appellate case number:    01-14-00735-CV

Trial court case number:  08-05-19379

Trial court:                       506th District Court of Waller County

Appellee's Verified Motion to Reverse Judgment and Remand and Request for Expedited Consideration filed December 23, 2014 is **DENIED**.

Appellant's brief was filed December 2, 2014.  Therefore, the time for appellee to file a brief has passed.  TEX. R. APP. P. 38.6(b).  The  Court can only reverse and remand on agreement of the parties following settlement or after finding error.  *See* TEX. R. APP. P. 42.1(a)(2), 44. Accordingly, this case is now at issue and is ready to be set for submission without a brief from appellee.

It is so ORDERED.

Judge's signature: __/s/ Rebeca Huddle
                                 X  Acting individually      ☐  Acting for the Court

Date:  January 22, 2015